UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                CASE NO: 2:14-cr-2-FtM-38DNF

STEVEN JOSEPH RIZZA and
JONATHAN ROBERT MAUSE

_____

## ORDER

This matter comes before the Court on the United States' Motion to Strike Defendant Jonathan Robert Mause's Reply (Doc. #40) filed on April 7, 2014.   The Government moves to strike the reply to the pending Motion to Sever filed by Counsel for the Defendant Jonathan Robert Mause.  As grounds, the Government indicates that the reply should be stricken because leave of Court was not obtained prior to its filing pursuant to Local Rule 3.01(c).  The Court agrees.  The reply will be stricken for failure to seek leave prior to filing.

Accordingly, it is now **ORDERED:**

The United States' Motion to Strike Defendant Jonathan Robert Mause's Reply (Doc. 40) is **GRANTED**.  The Clerk is directed to strike the Reply to the Government's Response to the Motion to Sever (Doc. #37).

**DONE AND ORDERED** at Fort Myers, Florida, this April 11, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record

2

2