UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        Case No: 2:14-cr-00002-SPC-DNF

STEVEN JOSEPH RIZZA and
JONATHAN ROBERT MAUSE,

        Defendants.
_____/

### ORDER[1]

This matter comes before the Court on the United States' Motion in Limine to Exclude Improper Statements Regarding the Propriety of Prosecution (Doc. 97) filed on July 11, 2014. Although given the opportunity, Defendants did not timely file a response in opposition. (See Doc. 61). Nonetheless, the Court heard oral arguments from all Parties at the Final Pretrial Conference held on Friday, July 25, 2014. This motion is now ripe for review. Pursuant to the reasons stated on the record and the reasons that follow, this motion in limine is due to be granted.

The Government seeks to exclude from the opening and closing statements in this case any remark (1) tending to suggest that the federal government should not be involved in such cases; (2) tending to suggest that local authorities ought to be handling

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

this matter, rather than federal authorities; (3) tending to suggest that the matter in question is too small in scope to warrant federal involvement; (4) tending to attract attention to the participation of the Department of Justice attorney from Washington, DC, in the prosecution of this matter; (5) tending to refer to anti-government sentiment generally; and (6) referring to any other civil rights case or criminal case.

Upon consideration of the Government's arguments, the Court finds the motion is due to be granted. Such opening and closing arguments are not relevant pursuant to Rule 401 of the Federal Rules of Evidence. In addition, Defendants may not encourage jury nullification through opening or closing arguments. United States v. Hall, 188 Fed.Appx. 922, 925 (11th Cir. 2006) (criminal defendants are not entitled to a jury nullification jury instructions and their counsels may not argue jury nullification during closing arguments) (citing United States v. Trujillo, 714 F.2d 102, 105-06 (11th Cir. 1983)). Defendants concede they do not object to the motion and they will not compare this instant case to other high profile cases within the media.

Accordingly, it is now

**ORDERED:**

The United States' Motion in Limine to Exclude Improper Statements Regarding the Propriety of Prosecution (Doc. 97) is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of July, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record