UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                    CASE NO: 2:14-cr-2-FtM-38DNF

JONATHAN ROBERT MAUSE and
STEVEN JOSEPH RIZZA

### ORDER

This matter comes before the Court on Counsel's Request to Bring Electronics into Courtroom as discussed during the Final Pretrial Conference held on July 25, 2014. The Court believes allowing the Parties to bring additional electronic equipment into the courtroom will benefit the trial process and allow each side to present its case in a more efficient manner. Pursuant to Chief Judge Conway's General Order each attorney who presents a valid bar card may bring in one cellular telephone. The cell phones must be turned off while the Court is in session. Further, each side will be allowed to bring in one (1) lap top computer per attorney with associated mouse and wiring necessary to operate the lap tops and one (1) Ipad. Accordingly, it is now

**ORDERED:**

Oral Motion to Bring Electronics into Courtroom is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this July 25, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record