

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                            CASE NO: 2:14-cr-2-FtM-38DNF

STEVEN JOSEPH RIZZA and
JONATHAN ROBERT MAUSE

## ORDER

This matter comes before the Court on Defendant Jonathan Robert Mause's oral motion at the Final Pretrial Conference held on July 25, 2014. Trial is set to commence on August 4, 2014. Pursuant to Mause's indigent status, Mause seeks either real time transcriptions or daily transcripts of the trial proceeding. Upon consideration, the Court finds the request is due to be denied.

Accordingly, it is

**ORDERED:**

Defendant Mause's oral motion for either real time transcription or daily transcripts of the trial proceeding is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this July 30, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record